**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-4116**

———————

UNITED STATES OF AMERICA,

                                              Plaintiff - Appellee,

     versus

LEONARD SHELTON MCCULLOUGH, JR., a/k/a Lennie
Boo,

                                         Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Jr., Chief District Judge. (CR-96-195)

———————

Submitted: May 18, 1999                Decided: June 9, 1999

———————

Before WIDENER and MURNAGHAN, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Rion Charles Brady, Archdale, North Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney, Sandra J. Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard Shelton McCullough, Jr., appeals from his conviction by jury of conspiracy to possess with intent to distribute cocaine and cocaine base for which he was sentenced to 360 months imprisonment. McCullough's only claim on appeal is that the government violated 18 U.S.C. § 201(c)(2) (1994) when it provided cooperating witnesses "things of value" (i.e., lenient sentencing) in exchange for their testimony.

Because McCullough failed to raise this issue in the district court, this court reviews it for plain error. See United States v. Olano, 407 U.S. 725, 732 (1993). Every circuit which has addressed McCullough's claim has rejected it. See United States v. Singleton, 144 F.3d 1343 (10th Cir. 1999) (en banc); United States v. Haese, 162 F.3d 359, 366 (5th Cir. 1998); United States v. Ware, 161 F.3d 414, 418-25 (6th Cir. 1998) (detailed discussion). Because there was no support for McCullough's claim, any error by the district court was not plain or obvious. Accordingly, we affirm his conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2